AO 241 (Rev. 09/17)

*Exhibit of Evidence Rxm 16*
*Refused to*
*COPY 5/25/23*

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | | District: | |
|---|---|---|---|
| Name (under which you were convicted): ALFRED ERIK CARAFFA | | | Docket or Case No.: |
| Place of Confinement: (TUCSON) ARIZONA State Prison COMPLEX | | Prisoner No.: ADC# 350727 | |
| Petitioner (include the name under which you were convicted) Alfred Erik Caraffa | v. | Respondent (authorized person having custody of petitioner) Warden of Arizona State Prison Complex- TUCSON | |
| The Attorney General of the State of: Arizona and California | | | |

**PETITION**        CV-23-982-PHX-MTL (ESW)

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Superior Court of Los Angeles in and for The state of California, Van Nuys california

   (b) Criminal docket or case number (if you know): LAVLA08945001

2. (a) Date of the judgment of conviction (if you know): November 27th 2018

   (b) Date of sentencing: November 27th 2018

3. Length of sentence: 365 days in county (time served) 3 years probation

4. In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes   ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: Carry Concealed Dirk or Dagger- (is A Future Custody which is UNCONStitutional)

   | ☑ FILED | LODGED |
   |---|---|
   | RECEIVED | COPY |

   JUN 0 1 2023

   CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
   BY ___ DEPUTY

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty   ☐ (3) Nolo contendere (no contest)

   THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
   TO FEDERAL AND/OR LOCAL RULES AND PRACTICES (2) Guilty   ☐ (4) Insanity plea
   AND IS SUBJECT TO REJECTION BY THE COURT.

   REFERENCE CIV.L.R.S.4
   (Rule Number/Section)

   1 oF 76 oF 79

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Plead Not guilty to the Charge. Took Plea Aggreement For 365 days in the County Jail with 10% to serve and 3 years PROBation. Have A hold As Detainer for NON-Extradictional warrant to Los Angeles County AS A Future Custody.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only  (N/A)

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.  Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.  If you did appeal, answer the following:

(a) Name of court: U.S. District Court of Arizona

(b) Docket or case number (if you know): 2:22-CV-00813-PHx-MTL (ESW)

(c) Result: NONE (California Case disAppeared)

(d) Date of result (if you know): (Case is Missing)

(e) Citation to the case (if you know): NO Citation

(f) Grounds raised: UNconstitutional Conviction and Sentence, UNlawful Imprisonment, UNdue delay against the County of Maricopa, Arizona; UNdue cost against the County of Maricopa, Arizona and Prosecution Misconduct against Elizabeth M. Lake of Maricopa County, State of Arizona - 14th Amendment/Article one U.S. Constitution

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A    N/A    N/A

2 of 76 of 79

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know): NONE

(5) Citation to the case (if you know): NONE

(6) Grounds raised:

NONE

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☒ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): NONE

(2) Result: Not mailed (twice) by Inmate Legal services of Maricopa County Jail(s)

(3) Date of result (if you know): NONE

(4) Citation to the case (if you know): NONE

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)     (1) Name of court: NONE

(2) Docket or case number (if you know): NONE

(3) Date of filing (if you know): NONE

(4) Nature of the proceeding: NONE

(5) Grounds raised:

NONE

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: NONE

3 of 76 of 79

Page 4 of 16

AO 241 (Rev. 09/17)

(8) Date of result (if you know): N/A

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised:

NONE

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: NONE

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised:

NONE

4 of 76 of 79

Page 5 of 16

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☒ No

(2) Second petition:    ☐ Yes    ☒ No

(3) Third petition:    ☐ Yes    ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I left LosAngeles California in Dec. 2018 to go to Las Vegas NV. And have not Been Back since.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Fourteenth AmendMent U.S. Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State of California County of Los Angeles Court document of ORDER to hold in custody is not signed by Any Judge, Not Dated, NO Bail Amount is Entered.

(b) If you did not exhaust your state remedies on Ground One, explain why: Not in the Jurdisctional terriorty of the State of California.

5 of 76 of 79

AO 241 (Rev. 09/17)

**(c)**     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  IS An unlawful and Unconstitutional Conviction.

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A

Docket or case number (if you know):  NONE

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A    N/A    N/A

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A

N/A

Docket or case number (if you know):  NONE

Date of the court's decision:  NONE

Result (attach a copy of the court's opinion or order, if available):  N/A

NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Not in the Jurisdiction of the State of California - charge is Unconstitutional and A future Custody from this Unconstitutional and Unlawful Custody by the State of Arizona

6 of 76 of 79

Page 7 of 16

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Tried to file twice while in Maricopa County Jail to the Supreme Court of the United States - Maricopa County Refused to file.

**GROUND TWO:** Eighth Amendment United States Constitution - Excessive Bail.

**(a)** Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
NO Bail was set by Any Court for five days while in Custody on this criminal Charge.

**(b)** If you did not exhaust your state remedies on Ground Two, explain why: Not in the Jurisdiction of the State of California since December 2018.

**(c)**   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A   N/A   N/A   N/A

**(d)**   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   NONE

Name and location of the court where the motion or petition was filed:

NONE

Docket or case number (if you know):   N/A

7 of 76 of 79

AO 241 (Rev. 09/17)

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): NONE

N/A

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I'm Not in the Jurisdiction of the State of California - the Criminal charge is A future Custody that is Unlawful and Unconstitutional

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Filed writ of habeas Corpus to the U. S. District Court of Arizona - Phoenix in 2-22-CV-00813-PHX-MTL-(ESW) is noted in 2-23-CV-00247-PHX-MTL

**GROUND THREE:** Fourteenth Amendment - U. S. Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Miss Elizabeth M. Lake used An Unconstitutional Conviction of this criminal Action in A criminal trial of this Petitioner on 8/23/2021 to 8/25/2021 which Violates Arizona Rules of Criminal Procedure and is Misconduct by the state Prosecutor Miss Lake

8 of 76 of 79

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Judge Liburdi Excluded in from the Grounds Raised in Current habeas Corpus Case 2-22-CV-00813-PHX-MTL (ESW) Pending Ruling of the District Court.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: I Did raise the issue in 2-22-CV-00813-PHX-MTL-(ESW) But the Judge ☐ Excluded The Ground(s) Raised.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A N/A

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A N/A N/A N/A

9 of 76 of 79

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Judge Michael T. Liburdi excluded It from the Approved Grounds the State of Arizona was to provide AN Answer for in habeas Corpus Case.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Excluded by Judge Liburdi in case Number 2-22-CV-/00819-PHX-MTL-(ESW)

GROUND FOUR: Fifth Amendment U.S. Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A writ of habeas Corpus was filed to the U.S. District Court of Arizona (Phoenix Division) for this California Case. But that writ of habeas Corpus is Missing NO case Number was given in (5) five Months.

(b) If you did not exhaust your state remedies on Ground Four, explain why: AN Constitutional Violation by the United States of America in the Filing of the California unconstitutional habeas corpus case in the U.S. District of Arizona with Case Number 2-22-CV-00873-PHX-MTL-(ESW)

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Case for habeas Corpus Action is Missing.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

10 of 76 of 79

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

NONE

(3) Did you receive a hearing on your motion or petition?　　　　　☐ Yes　　☒ No

(4) Did you appeal from the denial of your motion or petition?　　　☐ Yes　　☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　☐ Yes　☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
The issue didn't exsist until After the Missing first writ of habeas Corpus was sent to the U.S. Courthouse in Phoenix Arizona.

(e)　Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   ☐ Yes   ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:   NONE of the Grounds have Been
filed to the highest California Court.
Was filed to the U.S. District Court of
Arizona But is Currently Missing.

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:
All the Grounds have Been presented

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?   ☒ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.



U.S. District Court of Arizona A writ of
habeas Corpus Petition under 28USCS section
2254 NO Case Number Assigned in (5) five
Months (Petition is Missing) filed in the
Same Manilla Envelope As Case No. 2-22-
CV-00813-PHX-MTL-(ESW) Amended Petition
for habeas Cor pus Accepted to this court on 1/25/23

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.   filed A Petition which NEVER Got
A Case Number.

12 of 76 of 79

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Alfred "Erika" Caraffa Pro Se/ Pro PER in this Criminal Action.

(b) At arraignment and plea: Alfred "Erika" Caraffa ProPER/ Pro SE in this Criminal Action

(c) At trial: NO trial- took Plea on 11/27/18

(d) At sentencing: Alfred "Erika" Caraffa ProPER / Pro Se in this Criminal Action

(e) On appeal: Alfred "Erika" Caraffa ProPER/ProSe in this writ of habeas Corpus

(f) In any post-conviction proceeding: SAME AS Above

(g) On appeal from any ruling against you in a post-conviction proceeding: NO Ruling(S) Against ME in this Criminal Action

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A
N/A

(b) Give the date the other sentence was imposed: NONE

(c) Give the length of the other sentence: NONE

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☒ Yes    ☐ No (this is the future Case)

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The California Criminal case Conviction is Based on an unreasonable determination of the facts in light of the evidence in the Criminal case File of Court document(s) which Violated Federal Constitutional Laws and

13 of 76 of 79                    Page 14 of 16

AO 241 (Rev. 09/17)

Resulted in a desision that is Contrary to and involves an unreasonable application of, clearly established Federal Law, as determined by the Supreme Court of this United States of America and of the United States Constitution.
Plus this is Not An Death Penalty case or A criminal case of Terrorism so the Rule under AEDPA of 1996 Does Not Apply to this Criminal Action in the State of California.

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

14 of 76 of 79

AO 241 (Rev. 09/17)

(2) . The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: 1) Vacate the Conviction AS Void/Null, 2) Grant Compensation for time served in Custody of the State of California as 175,000 per day at 5,000 to One Ratio plus Interest Again st the County of Los Angeles, State of California, and the Sum of 25,000,000 Dollars ABC#23580262 against the County of Maricopa, ARIZONA and 30,000,000 dollars against the United States of America in official capacity, Plus Interest on All Judgment(s) - I Also Seek

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on May 12th Date 23

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

The Petitioner is Pro SE / Pro PER And the Person that signed this Petition is the Same Person.

15 of 76 of 79

Request for Relief

Against John Doe #10079 Arizona State Prison
Employee in official and Individual Capacity.
I seek in Individual Capacity for violation(s) of
U.S. Constitutional Rights the sum of $375,000.00
Dollars

Against EAch correctional officer on Housing
Unit six including Sgt. Martinez and Lt. Zamora
For not complying with A Federal court order.
to pass out A second Hot tray Everyday.
I seek the sum of 175.00 dollars Per day
Plus 10,000 to one Ratio for Punitive
damages Per day from May 17th 2023 until
they comply with the Federal Court order.
signed by Honorable Judge Silver of the
U.S. District Court of Arizona. In class
Action 2-12-CV-00601-PHX-ROS.

In addition for the future unlawful
housing on A S yard MH SMI Mental Health
unit which violates A Federal court order
I seek 1 Million dollars per day for each
Day of NON- compliance past June 7th 2023.

15 (G) of 79

And for NON- compliance with Rec.
yard. By A Federal Court order Standards
I seek the Sum of 100.⁰⁰ Dollars per day
at $5,000.⁰⁰ to one Ratio for Punitive Damages
per day- until full compliance is Done By the
Arizona Department of Corrections(S) and the
State of Arizona.

In addition, By federal Court order
the Arizona ~~has~~ Dept. of Corrections
has until June 7ᵗʰ 2023 to Moved All
SMI prisoners off All Max. Custody,
detention and close Management units
or otherwise kept in cell for 22 hours or
More Per day. which includes My housing
Unit. Section 19 - Basic Requirements-
19.2 every prisoner is housed in the least
restrictive level that is SAFE for them and
others. and 19.5 ~~Is~~ Is the first requirement
I'm A 4/4 level housed in a 5/5 for over 60 days
Waiting to Be rehoused while Dept of Corredions
Make ~~up~~ up things that Don't Exsist to have
Me in A 5/5 yard. As A form of Retaliation.

$15 (5)$ of $\underline{79}$

GROUND ~~THREE~~ Five: Fifth Amendment violation of the United States Constitution - Due Process Violation of 28 USCS Section 1963

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim,):
This writ of habeas corpus was filed in December 2022 over five Months Ago to the Arizona U.S. District Court (Phoenix Division) has not Been given A Docket or Case Number in (5) five Months. And is Under A future Custody in the State of California.

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals? Yes ☐    No ☒

(c) If yes, did you present the issue in a:
Direct appeal ☐
First petition ☐
Second petition ☐
Third petition ☐

(d) If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why:
Arizona lacks Jurisdiction in My Appeal Case

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court? Yes ☐    No ☒

Ground six - Fifth Amendment of the United States Constitution.

A) Count six - violation(s) of 28 USCS Section 1652 - State Laws as Rules of decision.

B) Supporting facts - In civil action(s) filed to the U.S. District Court of Arizona (Phoenix Division) case Number 2-20-CV-00013-PHX-MTL (ESW) the orders of the federal court State An unreasonable Application of clearly stated federal Law(s) and violate the United States Constitution.

C) I Didn't file/exhaust remedies to the State Court Because It's A federal court issue in Federal Court.

<u>19</u> of <u>79</u>

Ground Seven - Fifth Amendment of the United States Constitution.

4) Count Seven - Violation(s) of 28 USCS Section 1652 - State Laws as Rules of decision.

B) Supporting facts - In civil action filed to the U.S. District Court of Arizona (Phoenix Division) case number 2-20=cv-00227-PHX-MTL (ESW) During this habeas corpus case. The orders of the federal Court S State an UNreasonable Application of clearly stated federal Constitutional Laws and Procedure(s)

C) I didn't Exhaust state remedies on this issue to the State court. Because it An federal Court Jurisdiction civil Action.

20 of 79

Ground eight - Fifth Amendment of the United States Constitution.

A) Count eight - violation(s) of 28 USCS Section 1652 - State Laws as Rules of decision.

B) Supporting facts - In Civil Action filed to the United States District Court of Arizona (Phoenix Division) case Number 2:20-CV-00256-PHX-MTL (ESW) During the habeas corpus case(s) the orders of the Courts state an unreasonable Application of Clearly stated federal Laws and Procedure.

C) I did Not exhaust my state remedies on this Issue to the state Court. Because it is An Federal Court Jurisdiction of Civil Action.

21 of 79

Ground nine - Fifth Amendment of the U.S. Constitution.

A)

Ground 9 - violation(s) of 28 USCS Section 1652 - State Laws as Rules of decision

B)

Supporting facts - In civil Action filed to the United States District Court of Arizona (Phoenix Division) case Number 2:20-CV-00774-PHX-MTL (ESW) During the habeas corpus case(s) the Orders of the Court state An unreasonable Application of Clearly Stated federal Laws and procedure(s).

c)

I did not Exhaust My State Remedies on this Issue to the State Courts. Because it is An federal Court Jurisdiction of A civil Action.

22 of 79

GROUND ~~ONE~~ ten: Fifth Amendment violation of the
United States Constitution — Due
Process of Law —
Violation of 28 USCS Section 1652 — State Laws as
Rules of Decision

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim!):
In civil Action(s) filed to the U.S. District
Court of ARIZONA (PHOENIX Division)
Case Number 2:20:CV-00800-PHX-MTL
(ESW) During the habeas Corpus Cases.
the federal Court orders of the federal
Court state an UNREASONAble Application
of Clearly stated FEDERAL LAWS AND
PROCEDURES.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals? Yes ☐    No ☒

(c) If yes, did you present the issue in a:
    Direct appeal     ☐
    First petition    ☐
    Second petition   ☐
    Third petition    ☐

(d) If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why:
the State of Arizona has Stated they lack
Jurisdiction to hear My Appeal.

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court? Yes ☐    No ☒

Ground Eleven - Fifth Amendment of the
U.S. Constitution.

A)
Ground 11 - violation of 28 USCS section
1652 - State Laws as rules of decision.

B)
Supporting facts - In civil Action filed to
the U.S. District Court of Arizona (Phoenix
Division) case number 2:20-cv-01415-PHX
MTL (ESW). An unreasonable Application of
clearly stated federal Law(s) and Procedure
In Federal Court orders is Applied to
this Civil Action During A Petition of
A writ for habeas Corpus. under section
28 USCS §2254 - Petition for writ of habeas
Corpus.

C)
I did not Exhaust my State Remedies on
this issue to the State Courts. Because
This Civil Action has Federal Jurisdiction
Not State.

<u>24</u> of 79

Ground 12 - fifth Amendment of
the United States Constitution.

A)

Ground 12 - violation of 28 USCS section
1691.- Seal and Teste of process

B)
Supporting facts - In civil action filed
during habeas Action Accepted for An Answer
by the Arizona Attorney General's office
civil habeas case number 2=20-CV-COO13-PHX
MTL(ESW) has A violation of clearly stated
Federal Laws of Procedure to seals of the
U.S. Courts and signatures there of.
there is NO seal of the U.S. Court on the
Federal Court orders in the Above cited
civil Action

c)
I did not exhaust my state Remedies in the
state court on this issue. Because it An issue
of Federal Procedure and Federal Jurisdiction.

25. of 79

Ground 13- Fifth Amendment of
United States of America's Constitution.

A)
Ground 13- violation of 28 USCS Section
1691- Seal and Teste of Process.

B)
Supporting facts- In civil Action filed,
during habeas Corpus Action Accepted to the
U.S. District Court of Arizona on 1/25/2023.
Civil habeas corpus case Number 2:20-CV-00227-
PHX-MTL (ESW) has A violation of clearly
Stated Federal Laws of Procedure to Seals
of the U.S. Courts and Signature(s) of the
Clerk(s) thereof. There is NO seal of the
U.S. Court(s) on Document(s) in the Abo̅ve̅d
cited civil habeas corpus Action. and NO
Legal Signature of the Clerk(s) thereof.
C)
I, did not Exhaust my State Remedies in the
State Court on this issue. Because its An
Federal Court issue with federal Jurisdiction.

26 of 79

<u>Ground 14</u> - 5<u>th</u> Amendment of the U.S. Constitution

A)

<u>Ground 14</u> - violation of 28 USCS Section 1691 - Seal and Teste of Process.

B)

<u>Supporting facts</u> - In civil Action Filed, during habeas case(s) Accepted to the U.S. District Court of Arizona on 1/25/2023. Civil habeas Corpus Case Number 2:20-cv-00256-PHx-MTL(ESW) has A violation of Clearly Stated Federal Laws of Procedure to seals of the U.S. Courts and Signatures(s) of the clerk(s) thereof.

there is <u>NO</u> seal of the U.S. District Court on Document(s) in the Above cited civil habeas Corpus Action and <u>NO</u> Legal signature(s) of the clerk(s) thereof.

c)

<u>I, did Not Exhaust my State remedies in the State Court on this issue.</u> Because its An Federal Court Issue with Federal Jurisdiction.

27 of 74

**GROUND FOUR** 15: Fifth Amendment of the United States Constitution - Due Process Violation(s) of 28 USCS Section 1691 - SEAL and Teste of Process.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

In civil Action filed and Accepted for trial by the U.S. District Court of Arizona (Phoenix Division) In Feb 2020, civil Action of Unconstitutional Confinement case NO. 2-19-CV-05492-PHX-MTL-(ESW) which has Violation(s) of Clearly Stated Federal Constitutional Laws and Procedures of this United States. There is NO Seal of the United States or legal signatures of the Clerks of the said court(s), on Any Federal order, Writ, or Command of that U.S. District Court of Arizona.

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals? Yes ☐    No ☒

(c) If yes, did you present the issue in a:
    Direct appeal          ☐
    First petition         ☐
    Second petition        ☐
    Third petition         ☐

(d) If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____

Arizona Lacks Jurisdiction in My Appeal.

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court? Yes ☐    No ☒

Ground 16 - Fifth Amendment of the U.S. Constitution - Dueprocess

A) Ground 16 - violation of 28 USCS Section 1691 - Seal and Teste of process

B) Supporting facts - IN civil habeas corpus case filed during habeas Corpus Petition 2-22-CV-00813-PHX-MTL (ESW). There is NO seal of the United States on Any Court document(s) IN the Abouc cited civil habeas Action of 4-22-CV-00310-TUC-JG2 (PSOT). A clear violation of Process Stated by 28 USCS Section 1691. and fifth Amendment violation. Also NO legal Signature on documents by the clerks of the said Court.

C) I didN't Exhaust my state remedies in this issue to the highest State Court. Because its An Issue of Federal Jurisdiction Not State Jurisdiction.

29 of 79

Ground 17 Fifth Amendment of the
United States Constitution.- Due process

A) Ground 17 violation(s) of 28 USCS section
1691- Seal and Teste of process

B) Supporting facts - In civil habeas corpus
case filed during habeas case 2-22-CV-00823-
PHx-MTL(ESW). There is NO seal of the U.S.
Court of Arizona on the FEDERAL Court
documents in habeas case 4:22-CV-00039-
TUC-JGZ(PSOT). A clearly stated violation
of Procedure and Process of the United
States FEDERAL Courts. And with NO
Legal Lawful Signature(s) of the clerks of
the said Court(s).

C) I didn't exhaust my State Remedics in the
highEst State Court. Because its A issue of FedeRal
Jurisdiction not State Jurisdiction

30 of 79

GROUND TWO: 18 Fifth Amendment of the United States Constitution - Due Process violation of 28 USCS Section 1691 - SEAL and Teste of process.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): In Civil habeas corpus case filed during habeas Case 2:22-CV-00813-PHX-MTL(ESW) There is NO SEAL of the United States ON Any of the Court orders, writs, ect. of the U.S. District Court of Arizona In habeas Corpus Case under Conditions of Conf. nement and A pattern and practice to violation the Constitutional Laws of this United States in case No. 2-23-CV-00299-PHX-MTL(ESW) which Also has no Legal Lawful Signature(s) of the Clerks of the said Court

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?  Yes ☐   No ☒

(c) If yes, did you present the issue in a:
  Direct appeal       ☐
  First petition      ☐
  Second petition     ☐
  Third petition      ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: State Courts of Arizona Lack Jurisdiction Because of the Unelected, unconstitutionally Appointed Judges in the State of Arizona.

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court?  Yes ☐   No ☒

31 of 79

Ground 19 - Fifth Amendment of the U.S. Constitution - Due Process

A) Ground 19 - violation(s) of 28 USCS Section 1691 - SEAL And TESTE of Process;

B) Supporting facts - In civil habeas corpus case filed during habeas Case 2-22-CV-00813-PHX-MTL (DmF) (see Exhibit 71 Document) There is NO Seal of the U.S. Court of Arizona on the FEDERAL Court orders in habeas case under Conditions of Confinement in 2-23-CV-00036-PHX-MTL (ESW) which Also has NO Legal, Lawful signature(s) of the clerk(s) of the said court(s).

C) I didn't Exhaust my state Remedies in the highest state Court on this issue. Because of Lack of Jurisdiction in A federal matter of Law and fact.

Ground 20 Fifth Amendment of the U.S.
Constitution - Due process

A) Ground20 - violation of 28 USCS Section
1691 - Seal and Teste of process;

B) Supporting facts - IN civil habeas corpus
case filed during habeas case 2-22-CV-00873-
PHX-MTL (DMF) (see exhibit 71 Document).
There is NO SEAL OF the U.S. District
Court of Arizona on the FEDERAL Court
ORDER(S) in habeas case under conditions of
Confinement in Alfred "Erika" Caraffa ADC#
350727 vs. Arizona Dept. of Corrections et. al.
4:23:CV-00091-TUC-JGZ(PSOT) which Also
has NO Legal, Lawful signature(s) of the clerk(s)
of the court.

C) I didn't Exhaust My State Remedies in the
highest state Court on this issue. Because of
Lack of Jurisdiction in A Federal Matter of Law and
fact.

Ground 21 - fourteenth Amendment of the U.S. Constitution.

A) Ground 21 - Due process of Law

B) Supporting facts - During writ of habeas corpus petition Alfred "Erika" Caraffa ADC# 350727 US Arizona Department of Corrections et al., 2-22-CV-00813-PHX-MR-(DMF) There is NO Lawful Reason to house this Petitioner on An Seriously Mental Ill yard 5 or yard 4 for (SMI) prisoners. Since March 9th 2022 (now 431 days) as Alfred "Erika" Caraffa is Not (SMI) seriously Mental ILL And has NO SMI hearing done under Arizona Department of Correction D O 1103 subsection(s) 2 and 8.
      The intinal disciplinary charge was dismissed by the warden of ASPC-Tucson and the sections vacated on 2/3/2023. But Alfred "Erika" Caraffa ADC#350727 is Still housed on A SMI yard 5.

C) <u>I didn't Exhaust My state Remedies</u>
<u>In state Court</u>. Because I'm Already
filed to Federal Court for two writs of
habeas Corpus in Arizona for unconstitutional
Convictions. I did file An Institutional
Remedy to the highest Institutional level.


<u>Ground 22</u> - Fifth Amendment of the U.S.
Constitution = <u>Due Process</u>


A) <u>Ground 22</u> - violation(s) of 28 USCS
Section 1691 - <u>Seal and Teste of process</u>


B) <u>Supporting facts</u> - During habeas Corpus
Petition Alfred Erika "Caraffa ADC #350727
US. Arizona Dept. of Corrections et.al., 2-22-
CV-00813-PHX-MTL (DMF) civil Action under
conditions of Confinement case ~~Number~~ Alfred
"Erika" Caraffa ADC #350727 US. Arizona Dept. of
Corrections et.al. 4-23-CV-00090-TUC-JGZ-
(PSOT) has <u>NO</u> Seal of the United States on
Any Federal Court document(s) in the cited case

Under Conditions of Confinement. and Also <u>NO</u> Legal, Lawful Signature(s) of the Clerk(s) of the StartEd Court.

c) <u>I did not exhaust my state Remedies to the highest state Court on this issue</u>. Because of Lack of Jurisdiction in An issue of Federal Law and fact.

<u>Ground 23</u> - Fifth Amendment of the U.S. Constitution- <u>Due process</u>;

A) <u>GRound 23</u> - violation(s) of 28 USCS section 1691 - <u>SEAL AND Testc of Process</u> -

B) <u>Supporting facts</u> - During habeas Corpus Petition Alfred Erika" Caraffa ADC# 350727 US. Arizona Dept of Corrections et. al., 2-22-cv-00813-PHX-MTL (DMF) civil Action under conditions of Confinement and Constitutional challenge to State and Federal Laws case Number Alfred Erika" Caraffa ADC #350727 US. Arizona Dept. of corrections

<u>36. of 79</u>

et. al., 4:22-CV-00341-TUC-JGZ (PSOT) has NO seal of the United States on Any of the U.S. District Court Document(s) and NO Legal, Lawful Signatures of Any Clerk(s) of the said Court.

C) I didn't Exhaust My State Remedies in this Issue to the highest State Court. Because of Lack of Jurisdiction to A Federal Issue of Law and fact.

Ground 24- Fifth Amendment of the U.S. Constitution. - Due process

A) Ground 24-violation of 28 USCS section 1691- Seal And Teste of Process

B) Supporting facts - During habeas Corpus Petition Alfred "Erika" Caraffa ADC#350727 US. Arizona Dept. of Corrections et. al., 2:22-CV— 00813-PHX-MTL (DMF). Civil Action under

37 of 79

Conditions of Confinement case 4:23-CV-00024-TUC-JGZ (PSOT) filed as A part of A class Action Civil suit of Jevese et al., VS. David Shinn et. al. 2-12-CV-00601-PHX-ROS Has NO SEAL of the United States on Amy of the U.S. District Court document(s) and NO Legal, Lawful Signatures of Any clerk(s) of the said court.

C) I. didn't Exhaust my state Remedies in this Issue to the highest state court. Because the highest state court Lacks Jurisdiction over An federal issue of LAW and fact.

Ground 25 - Fifth Amendment of the U.S. Constitution - Due process

A) Ground 25 - Violation(s) of 28 USCS Section 1691 - Seal and Teste of process

38. of 79

B) <u>Supporting facts</u>. During habeas Petition
Alfred "Erika" Caraffa ADC#350727 vs. Arizona
Dept. of Corrections et.al., Case File Number
2-22-CV-00813-PHX-MTL-(DMF). Habeas
Corpus Petition Alfred "Erika" Caraffa ADC#350727
vs. Arizona Dept. of Corrections et. al., 4:22-
CV-00187-TUC-JGZ-(PSOT) Has <u>NO</u> Seal
of the United States on Any of the Federal
Court order Documents of the U.S. District
Court of Arizona. Also <u>NO</u> Legal, Lawful
Signature(s) of Any clerk of the said court.

C) <u>I. didn't Exhaust my state Remedies in this
Issue to the highest State court</u>. Because the
State Court lacks Jurisdiction on An issue of
a matter of Law and fact of the Federal courts.

<u>Ground 26</u> - Fifth Amendment of the U.S.
Constitution. - <u>Due process</u>

A) <u>Ground 26</u> - violation of 28 USCS Section 1691
<u>Seal</u> and <u>Teste of process</u> -

<u>39</u> of 79

B) supporting facts - During habeas Petition
Alfred "Erika" Caraffa ADC#350727 vs. Arizona
Dept. of Corrections et. al., 2-22-CV-00873-
PHX-MTL (DMF) Habeas Corpus Petition under
Conditions of Confinement Alfred "Erika"
Caraffa ADC#350727 vs. Arizona Dept. of
Corrections et. al., 4:22:CV-00142-Tuc-
JGZ-(PSOT) has NO seal of the United states
on Any of the Federal U.S. District Court of
Arizona Court documents and NO Legal, Law-
ful signature of the Clerks of the Court.

C) I did Not exhaust the State Remedies
In this issue in the highest State court.
Because the highest State Court has NO
Jurisdiction in A federal Court issues
of Matters of Law and Fact.

40 of 79

Ground 27 - fifth Amendment of the United States Constitution. - Due process

(a) Ground 27 - violation(s) of 28 USCS Section 1691 - Seal and Teste of process

(b) Supporting facts - In habeas Petition 2-22-CV-00813-PHX-MTL-(DMF) I filed conditions of confinement habeas corpus case Alfred "Erika" Caraffa ADC #350727 V. Arizona Department of Corrections et. al., 2-22-CV-00088-TUC-JGZ-(PSOT) which has NO seal of the United States on Any of the Federal U.S. District Court Document(s) And writs/ ORDERS of the U.S. District Court of Arizona. Also NO Legal, Lawful signature by Any clerk(s) of the Stated Court.

c) I didn't Exhaust My State Remedies in the State Court. Because its An issue of A

41 of 79

Matter of Law And fact in Federal Jurisdiction.

Ground 28 - Eighth Amendment, U.S. Constitution.

A) Ground 28 - cruel and unusual punishment

B) Supporting facts - On May 17th 2023 At Approx. 5:45AM An Correctional officer working Second Shift Refused to feed Me Breakfast when he and Another Male C/o Passed out Breakfast on Housing Unit Six (A) on Rincon Unit at Arizona State Prison Complex - Tucson. Because I Refused to give him A fishing line" when He asked for it.

42 of 79

C) I didn't Exhaust my State Remedies In the highest State Court. Because I'm Already in Federal Jurisdiction for two writs of habeas Corpus and Conditions of Confinement.

Ground 29 - 14th Amendment of the U.S. Constitution - Equal Protection of Law.

A) Ground 29 - Equal Protection of Law.

B) Supporting facts - On May 11th 2023 on 2nd Shiff At Approx 5:45 AM. An Male Correctional officer John Doe #10,079 Refused to Provide Me with A Breakfast Sack (meal). Walking Away from my Cell on ARUN (cell 2) with the Breakfast SACK (meal) on the Cart he was pushing on CAMera footage for ARUN on Building 41 Housing

43 of 79

Unit six on Rincon in Arizona State
Prison Complex-Tucson.
    I didn't recieve my Breakfast until
6:57AM on first Shift. 57 Minutes After
that Correctional officer left at the end
of his Shift.

C) I didn't Exhaust my state Remedies
on this issue. Because I sent An Inmate
Letter on my Prison tablet to Administration
But Made A harmless Error of the Date Being
the 12th when it was the 11th of May. Am
waiting on Informal Resolution forms Now.

Ground 30 - 14th Amendment of the
United States Constitution

A) Ground 30 - Due process of Law

44 of 74

B) On May 11th 2023 at Approx. 5:45AM I was Deprived my Breakfast Meal that was given to every other inmate on Housing Unit Six Rincon ASPC-Tucson. And Deprived Life and property without Due process of Law. A clear Violation of Constitutional Rights Both Federal and State.

C) I didn't Exhaust my State Remedies in State Court. Because I'm Already in Federal Jurisdiction for two writs of habeas corpus and Conditions of Confinement

Ground 31- Eighth Amendment U.S. Constitution.-

A)
Ground 31- Cruel Punishment as Retaliation under 42 USCS Section 1997

45 of 79

B) <u>Supporting facts</u> - On May 11th 2023
A correctional officer in official and
Individual Capacity under color of
State Law Broke the 8th Amendment to
cruel punishment by Not Providing Breakfest
Meal Along with others who were provided
their Meal As A form of Retaliation.

C) <u>I didn't Exhaust my state Remedies to the
highest state Court.</u> Because I'm Already
In Federal Jurisdiction for two other
habeas Corpus Cases

<u>Ground 32</u>-Eighth Amendment U.S.
Constitution - Cruel punishment

A) <u>Ground 32</u>- Abuse of Power

46 of 79

B) Supporting facts- ON May 11th 2023
An Correctional officer on 2nd Shift at
Approx. 545 AM. Abused his Authority and
Position as A correctional officer in official
and Individual Capacities to violate the
Federal Constitutional Rights of habeas Petitioner
Alfred "Erika" Caraffa ADC#350727 who is
Unconstitutionally Convicted And unconstitutionally
held in Custody of the Arizona Dept. of
Corrections Awaiting Release in the Labees
Corpus Case(s). And Compensation.

C) I didn't Exhaust my state Remedies in
the highest state court on the Matter of Law
and fact, Because I'M Already in federal
court(s) for two writs of habeas corpus.

47- of 79

Ground 48 - Fifth Amendment, U.S. Constitution - Due Process

A) Ground 48 - violation(s) of 28 USCS Section 1691 - Seal and Teste of process

B) Supporting facts - During habeas Petition Alfred E. Caraffa ADC #350727 V. Arizona Dept. of Corrections et. al., 2-22-CV-00813-PHX-MTL (DMF) Petitioner Filed habeas case Alfred E. Caraffa V. Arizona State of et.al., 2-21-CV-01580-PHX-MTL (ESW) which has NO Seal of the United States on Any federal Court document in this cited habeas Matter of Law and Fact. Also there is NO Legal, Lawful Signature of Any clerk(s) of the stated Federal Court. clear violations of United States Laws.

c) Is A Federal Jurisdiction Matter of Law and Fact. Arizona has NO Jurisdiction.

48 of 79

Ground 50 - Fifth Amendment of the United States Constitution - Due Process

A) Ground 50 - Violation(s) of 28 USCS Section 1691 - Seal and Teste of process

B) Supporting facts - During the Unlawful Confinement of Petitioner in habeas Corpus case Alfred E. Caraffe ADC#350727 V. Arizona Dept. of Corrections et. al., 2-22-CV-00813-PHX-MTL (DMF). Habeas Corpus Case(s) Alfred E. Caraffe V. Arizona State of et. al. (A) - 2-20-CV-01542-PHX-MTL (ESW)
(B) - 2-20-CV-01655-PHX-MTL (ESW)
(C) 2-20-CV-01744-PHX-MTL (ESW)
(D) 2-20-CV-02158-PHX-MTL (ESW)
(E) 2-20-CV-02451-PHX-MTL (ESW)
(F) 2-20-CV-02160-PHX-MTL (ESW)
(G) 2-20-CV-01605-PHX-MTL (ESW)
(H) 2-21-CV-00808-PHX-MTL (ESW)
All Have NO seal of the United States on

50 of 79

any of the Federal Court documents or
writs or orders or Commands of the U.S.
District Court of Arizona (Phoenix Division)
also NO Lawful, Legal signature of Any
Clerk of the U.S. District Court of Arizona.
clear violations of Laws of the United
States of America.

C) the State of Arizona has NO Jurisdiction in
this Matter of Law and Fact.

Ground 51- Fifth Amendment, U.S.
Constitution - Due Process

A) Ground 51 - violation(s) of 28 USCS Section
1691 - Seal and Teste of Process.

B) Supporting facts - During the Unconstitutional
Confinement of habeas Petitioner Alfred E. Caraffa
ADC#350727 VS. Arizona Dept of Corrections 2-22-
CV-00813-PHX-MTL (DMF). Habeas Corpus case(s)
51 of 79

Alfred E. Caraffa ADc #350727 VS.
President Joe Biden et. al. 4:22-CV-00255-
Tuc-JGZ(PSOT) and 4-22-CV-00311-Tuc-
JGZ(PSOT) Also Alfred E. Caraffa ADC #
350727 VS. Arizona State of et. al. 4-22-CV-
00075-Tuc-JGZ(PSOT) as well as case(s)
Alfred E. Caraffa ADc #350727 VS. Ducey
et. al., 4-22-CV-00343-Tuc-JGZ-(PSOT)/
Alfred E. CaraffA VS Maricopa County
Sheriff's Dept. et. al. 2-20-CV-00013-
PHX-MTL-(ESW) and 2-20-CV-01612-PHX-
MTL-(ESW) and 2-20-CV-01710-PHX-
MTL-(ESW) and 2-20-CV-01654-PHX-
MTL (ESW) and 2-20-CV-01705-PHX-MTL
(ESW) and 2:20-CV-01711-PHX-MTL-(ESW)
All Have NO seal of the United States
On Any Federal Court Document or writ or
order of Any process of the U.S. District
Court of Arizona (In Both Tucson and Phoenix
Divisions)

C) The State of Arizona lacks Jurisdiction in A Federal
Matter of Law and fact.

52 - of 79

Ground 52 - Fifth Amendment U.S. Constitution - Due process

A) Ground 52 - violation(s) of 28 USCS Section 1691 - Seal and Teste of Process

B) supporting facts - During the unlawful and unconstitutional Confinement of habeas Petitioner Alfred Erika Caraffa ADC#350727 V. Arizona Dept. of Corrections et. al., 2-22-CV-00813-PHX-MTL (DMF) habeas case under Conditions of Confinement Alfred "Erika" Caraffa VS. Maricopa County of; et. al., 2-20-CV-02159-PHX-MTL-(ESW) and 2-20-CV-02098-PHX-MTL-(ESW) also Alfred Z. Caraffa ADC#350727 VS. U.S.A. etal. 2-20-CV-01435-PHX-MTL-(ESW) and

53 - of 79

GRound 49-Fifth Amendment, U.S. Constitution, Due Process

A) Ground 49-Violation(S) of 28 USCS Section 1691- Seal and Teste of process

B) Supporting facts - During the unlawful confinement of Petitioner in habeas Corpus case Alfred "Erika" Caraffe ADC#350727 V. Arizona Department of Corrections et.al., 2-22-CV— 00813-PHX-MTL(DMF). Habeas Corpus case 8-Alfred E.Caraffa V. Arizona State of et.al.) 2-20-CV-01385-PHX-MTL-[ESW] has NO Seal of the United States on Any Federal court document or writ or order of the federal Court and No legal, Signature(s) of Any clerk of the U.S. District Court in question.

C) the State of Arizona lacks Jurisdiction in this Federal habeas Corpus case of A Matter of Law and Fact.

49 of 79



2:20-CV-01020-PHX-MTL (ESW) and

Alfred "Erika" Caraffa ADC#350727 et al.,
Jensen et al., VS. Shinn et al., (Ryan
thornell) Et al. 4:23-CV-00058-TUC-
JGZ-(PSOT) and 4:23-CV-00057-TUC-
JGZ (PSOT) and 4:23-CV-00076-TUC-
JGZ (PSOT) and 4:23-CV-00075-TUC-
JGZ (PSOT) All have NO SEAL of the
United States on Any Federal Court
writ, order, document, or command of
the U.S. District Court of Arizona and
NO Legal, Lawful Signature on Any
of the courtoeders by the clerk's of
the Stated Court.

C) the State of Arizona Lacks Jurisdiction
In this Matter of Law and fact.

54 of 79

Ground 53 - Fifth Amendment U.S. Constitution - Due Process

A) Ground 53 - violation (s) of 28 U.S.C.S. Section 1691 - SEAL and Teste of Process.

B) Supporting facts - During the unlawful and unconstitutional Confinement in habeas Case Alfred Erika "Caraffe ADC# 350727 vs. Arizona Dept. of Corrections et. al., 2-22-CV-00813-PHX-MTL (DMF). Another habeas Case under the conditions of Confinement During this Unconstitutional Incarceration Alfred "Erika" Caraffa ADC#350727 vs. United States of America et.al., 4:22-CV-00087-Tuc-JGZ (PSOT) and et.al., 4:22-CV-00024-PHX-MTL (DMF) and 4:21: 2:23:CV-00024-PHX-MTL-(DMF) and 2:22-CV- CV-00781-PHX-MTL-(DMF)

55 of 79

-00089-Tuc-JGZ-(PSOT) and Alfred "Erika" Caraffa ADC#350727 VS. UNknown Party (AKA warden/Director of Arizona Dept. of Corrections) 2:22-CV-00247- PHX- MTL- (ESW) as well as Alfred "Erika" Caraffa ADC#350727 VS. Vasquez et.al., 2:20- CV-01436- PHX- MTL-(ESW) All have NO SEAL of the United States on ANY Federal Document, process, writ, order or Command of the U.S. District Court(S) of Arizona and NO Lawful, Constitutional Signature(S) of ANY of the Clerks of those U.S. District Court(S) of Arizona (Phoenix) and (Tucson) Divisions.

C) the state of Arizona lacks Jurisdiction IN this Matter of Law and fact.

56. of 79

Ground 54- Fifth Amendment, U.S.
Constitution.- Due process

A) Ground 54- violation of 28 USCS
Section 1691- SEAl and Teste of Process

B) Supporting facts- During this Unlawful
and Unconstitutional Incarceration in
habeas Corpus Case 2:22-CV-00813-PHX-
MTL (DMF) under conditions of Confine-
ment case(s) filed on civil Complaint form(s)
per Federal court order(s) from Michael T.
Libardi in habeas case(s) 4:23-CV-00173-
TUC-JGZ (PSOT) and 4:23-CV-00174-
TUC-JGZ-(PSOT) and 4:23-CV-00175-
TUC-JGZ (PSOT) and 4:23-CV-00176-
TUC-JGZ (PSOT) and 4:23-CV-00177-
TUC-JGZ (PSOT) and 2-23-CV-00633-
PHX-MTL (ESW) there Are NO Seals of
the United States on Any of the
Federal Court writs, orders, process of

<u>57</u> of 79

the Court, decree or Command of the
U.S District Court(S) of Arizona.
And NO Lawful, Constitutional
Signatures of Any clerk of either
U.S. Court for the District of
Arizona which is A clear and plain
Violation(S) of 28 USCS section 1691
and Violates the fifth Amendment of
the Federal Constitution.

(C) the State of Arizona lacks Jurisdiction
In A Matter of Law and fact in Federal
Jurisdiction.

Ground 55- Fifth Amendment of the
U.S- Constitution.-Due Process

A) Ground 55-"Policy or Custom" to violations

58 of 79

of Constitutional Statute.

B) Supporting ~~grounds~~ facts - Sixty-
Seven habeas Corpus Cases All in
one unconstitutional Conviction writ
of habeas Corpus Case 2-22-CV-00813-
PHX-MTL (DMF) with Alfred "Erika" Ceroffa
as the Pro Se/Proper Petitioner.
clearly states A lack of insight into
proper Constitutional Procedure in
the Arizona District Federal Courts.
And Applies An unreasonable, and
unconstitutional Application of the
Constitutional Fact(s).

C) the State of Arizona lacks Jurisdiction
in A Federal habeas Corpus Case(s).

Ground 56 - Fifth Amendment U.S.
Constitution - Due Process

A) Ground 56 - During An writ of habeas
Corpus case Alfred "Erika" Caraffa (ADC#
350727) Vs. Arizona State of 2:20-CV-
00598-PHX-MTL-(ESW) which is habeas
corpus Unconstitutional Conviction
Action 2=22-CV-00813-PHX-MTL-
(DMF)
Habeas Corpus Civil Action was
unconstitutional dismissed without A
hearing in 2-20-CV-00598-PHX-MTL-
(ESW) and Applied An unreasonable Account
of Federal Constitutional Statute. By
the Ninth Circuit Court of Appeals. And
the United States of America In official
Capacity.

C) the State of Arizona lacks Jurisdiction
In A Matter of Law and fact Already in Federal
Jurisdiction.
                60 - of 79

Ground 57- 8th Amendment U.S. Constitution.- Cruel and unusual punishment

A) Ground 57- undue punishment

B) Supporting facts - By the unreasonable decision by the 9th Circuit Court of Appeals In official Capacity of the United States of America. Habeas Corpus PETITIONER Alfred E. Caraffa ADC#350727 has spent more unconstitutional time in custody By Constitutional Error(s) of the United States Court(s). which is still Depriving the Petitioner Liberty and property In AN unconstitutional Incarceration.

C) State of Arizona lacks Jurisdiction in the Legal Matter of Law and fact.

<u>61</u> of <u>79</u>

Ground 58 - Fifth Amendment U.S.
Constitution - Due Process.

A) Ground 58 - Deprivation of Liberty.

B) Supporting facts - Respondant(s) in
official Capacity the United States of
America and the State of Arizona have
Continued the Unconstitutional Custody
of Alfred "Erika" Caruffe ADC#550727
when Any Justice or Judge of the
United States Can sign A writ of
habeas Corpus for An Unconstitutional
Conviction Based on the clear Evidence.
Now in the Case file since 3/23/2023.
from the filing By the Arizona Attorney
General's office.

C) the State of Arizona lacks Jurisdiction
In A matter of Law and fact in federal
Jurisdiction.

62 of 79

United States District Court
In and for the District(s) of
Arizona and California

Alfred Erik Caraffa
ADC#350727

          Petitioner

              VS.

1) Warden of Arizona
State Prison Complex- Tucson
et. al.
2) Attorney General of Arizona et
al.,
3) Attorney General of California
et. al.
4) United States of America et.
al.,
5) Arizona Dept. of Corrections
et al.,
6) Director of Arizona Dept. of
Corrections Ryan Thornell Et.al.,

      Respondant(s)

Case Number ____

Statement of
the fact(s) in
A writ of habeas
Corpus-

1 of 76 of 79

By this Statement of the fact(s)
I hereby enter this writ of
habeas Corpus Petition in

criminal action CAliFornia, State of.
V. Alfred Erik Caraffa (ADC#350727)
case number LAVLA 089450 01 on
May 15th 2023.

The 62 paged Document is A
future Custody in the State of
CAlifornia which I'm challenging
the Conviction As Unconstitutional
under USCS Federal Rules Annotated
Rules Governing section 2254 cases
Rule 2- The Petition (5) - Future
Custody - If the Petitioner is not yet
in Custody - but may be subject to
future Custody - under the State-
Court judgment being contested,

2 of 76 of 79

the Petition Must NaME as respondent(s)
both the officer who has current custody
and the Attorney general of the State
where the judgment was Entered.
the Petition Must Ask for relief from
the State-court judgment being
Contested.
        and under

USCS Sec. 2254 Cases R.2 (e)-
Separate Petitions for judgments of
seperate courts - A Petitioner who
seeks relief from judgments of More
than one State Must File a separate
petition covering the Judgment or
Judgments of EAch Court.

Under Rules of Judicial-Conduct
and Judicial-Disability Proceedings
The U.S. District Court Judge(s)

                3 of 76 of 79

For Tucson and Phoenix Divisions
of the United States Federal Court.
have Made Constitutional violation(S)
of Law and errors in procedures and
process. And given themselves total
Immunity to every Action Done while
In official Capacity.

Under Federal Rules of Civil Procedure
Rule 70(a) - Federal Statute of 28
USCS Section 2243 state the Specific
time to Comply with An Answer to the
writ of habeas Corpus.
        Judge Liburdi Unconstitutionally
violated the time peroid with No lawful
reason or Applicable Constitutional Statute
or Law.
        Then gave himself full Immunity to
his Unconstitutional Act(S) in Individual
capacity by Court order of the U.S.
District Court of Arizona.

        <u>4</u> of 76 of 79

Magistrate Judge Willett has
Recued herself without this Petitioner
Filing A motion to do so.

Under the State of Arizona Jurisdiction
the Arizona Dept. of Corrections is
Subjecting this Unconstitutionally held
in custody American Citizen to Cruel
punishment by way of Starvation. A
Federal Court order has Been issued to
Feed Every prisoner in Custody one cold Meal
and two hot Meals Everyday.
        In Dec. 2022, this habeas Petitioner
put in A Medical Request for Double portion
Meals. After denial By the Medical Dept. the
Arizona Dept. of Corrections moved this
unconstitutionally held prisoner to A MHS
yard (Max Custody) where only two meals per
day is provided. Since Dec. 19th 2022. I
have Been Subjected to cruel punishment
for Being hungry. Deprived A third meal
for over 140 days During An Unlawful and
unconstitutional peroid of time in State

                    5 of 76 of 79

Custody. For 38 days A Federal order
for Another to Act, has Been in place
to feed Every prisoner three Meals
per day. which includes UN constitutionally
held prisoners.

Under Fed.R. Civ. P. Rule 70(e) Holding
In contempt. The Court may also hold the
disobedient party in contempt.

Arizona Correctional officers have violated
federal Court orders for years Because
Nothing is done to the Individual in
official Capacity.

In Jensen et. al. Alfred E. Careffe ADC
#350727 et. al. VS. Ryan thornell et. al.
2-12-CV-00601-PHX-ROS and several
of Alfred E. Careffa's individual civil class
Actions. the food issue's were Brought to
the court's Attention.

Over 11 years in Jensen with NO
Resolution to the Main problem. Correctional
Officers who think Federal Court orders
do not Apply to themselves Because the

6 of 76 of 79

Federal government is soft on people
like Correctional Staffs of State Prisons
But if A convicted felony who had 15
yrs. in prison Broke A Judge's car
window. the ex-con would get Another
20 years in prison. the classic Double
Standard Between the convicted and
those who have tiny Badges.

IN Arizona, All those civil Actions
have constitutional violations of Process
and Statute/Law. which the United States
is Not Attempting to correct. hoping the
Issues might Disappear?

the california criminal case is A future
Custody with A Probation violation (No abstract
required) Non-Extradictional warrent. For
AN California Conviction which the order to
hold is unsigned by Any Magistrate Judge,
No Bail is given, I was not taken to AN
Arraignment until (5) days in Custody and

7 or 76 of 79

the Arraignment was vacated by the
Court of Van Nuys California. NO
New Arraignment has Been held.
I was held in custody for (16) Sixteen
days After Conviction and time served.
Credit of 54 days given by Judge SAMueL
ON NOV. 27# 2018.
        Sentenced to 365days in county
Jail with 10% percent to serve. And (3)
three years probation.
        54 days is clearly more that 37 days
(10% of 365) is 36.5 days or 37days.
        My Release from the tier towers Jail was
on December 13# 2018. with NO compensation
for time spent in UNConstitutional Custody.
                                 uncostitutional
        For the 43 days spent in UNConstitutional
custody of the county of Los Angeles
CAlifornia I seek the void/Nulling of
the Unconstitutional Conviction and
compensation of 175.00 dollars per day at
$5,000.00 to ONE Ratio for Punitive damages
        8 of 76 of 79

and Any Instrest on the Judgment.
$875,000.⁰⁰ dollars per day
　　　　× 43 days
$37,625,000.⁰⁰ Dollars

This Petition for the future custody
was filed to the U.S. District Court
of Arizona In Dec. 2022 with the Amended
Petition under 2-22-CV-00 873-PHX-
MTL (DMF). But no other habeas corpus
case Number from the State of California
has Been given.

IF I'm Still in custody of the Arizona
Dept of Corrections when the Judgment
is given. Deposit the money in full into
my State Account under myself.
　　Alfred E. Caruffe ADC#350727
IF I'm out of Custody A Bank Account
Number in my Name, SSI# will be provided.
　　　　　(9) of 76 of 79

IN additions, under habeas corpus Action
2-20-CV-00598-PHx-MTL (ESW)

"District Court in determining the legal
standards applicable to a habeas petition.
Brought by a state pretrial detaince should
have evaluated petition under the Statute
generally granting habeas Authority to
Federal Court(s), Rather than the habeas
statute specifically addressing those "IN
Custody pursuant to the Judgment of a
State Court" while the detainee remained
"in custody" his Custody was not pursuant
to the Judgment of A State Court" But
He was in Custody pursuant to an
Indictment" Phillips V. Court of Common
Pleas, Hamilton County, OHIO C-A-6 (ohio)
2012.

Also Jurisdiction in habeas corpus proceed-
ings is Not enlarged by Rule 4(F) Fed. R.
Civ. Pro. Title 28 authorizing service of
all process other than a Subpoena any-
where within Territorial Limits of State

(10) of 76 of 79

In which district Court is held but
Such Jurisdiction exsits only if relator
is physically detained within Territorial
limits of Court issuing Writ. See
U.S. ex rel. Corsetti V. Commanding
officer of Camp Upton U.S. Army EDNY
1944, 3. FRD 360.

Therefore An video-hearing can be
done And After Release from Custody I
can physically show myself to the Federal
Jurisdiction of the District of California
or if Jurisdiction Extends thru Video, the
Deposit can Be Made As A Money transfer.

<u>and</u>

"Habeas Corpus is A Civil proceeding."
U.S. ex. rel. Thomas V. State of N-J.
C.A.3. (N-J) 1973, 472 F.2d. 735, certiorari
denied, 94 S. ct. 221, 414 U.S. 878, 38 L.
Ed. 2d 123.

<u>11</u> of <u>76</u> of <u>79</u>

Court of Appeals had jurisdiction to
hear Appeal of district Court's decision
denying prisoner's petition for habeas
Corpus and was not required to inquire
into whether prisoner had actually
exhausted his administrative remedies
before filing his Petition, pursuant to
Statute that gave federal Courts power
to grant writs of habeas Corpus but did
Not Make the exhaustion of Administrative
remedies a jurisdictional requirement,
Even though district court had found that
prisoner failed to Exhaust administrative
remedies prison warden conceded in his
belief to the court that prisoner had
exhausted his administrative Remedies
See Santiago-Lugo V. Warden C. A. 11
(Ala.) 2015, 785 F.3d 467.

The Ninth Circuit Court Made in Error in
the Unconstitutional Judgment in 2-20-CV-
00598-PHX-MTL-ESW) Not Allowing the

<u>12</u> of <u>76</u> of 79

petitioner Alfred E. Caraffa to have
A hearing to present the evidence to.
the Court(s).

Furthermore none. of the habeas
Case(s) filed since this unconstitutional
Custody Began Are official closed as
the habeas corpus Case(s) still have NO
Constitutional verdict Based on Actual
Evidence.

Which the Attorney General of
Arizona Entered the Indictment
Exhibit in CR2019-155732-001 which
has NO Seal of the Superior Court of
Maricopa County NO constitutional
Seal of the Court means only one
Verdict Can Be Entered the Indict
ment Document (order of the court)
Is Unconstitutional per ARS.
Const Article 22 section 10 and
ARSA Title 12-126.

                    13 of 76 of 79

So the court of Arizona for the United States is in ~~pos~~ proession of the Evidence.

Compensation is A Pending Matter of cl~~o~~Arly Stated Law and fact.

May 15th 2023



14 of 76 ~~tot~~ of
79 total