1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa,

            Petitioner,

v.

Unknown Party, et al.,

            Respondents.

**NO. CV-23-00982-PHX-MTL (ESW)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 23, 2023, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is denied. Petitioner to take nothing and this action is hereby dismissed without prejudice.

                               Debra D. Lucas
                               District Court Executive/Clerk of Court

October 23, 2023

                               s/ D. Draper
             By   Deputy Clerk